# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Payne, Robert E. | United States District Court Eastern District of Virginia | 01/24/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Article III Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

United States District Court
701 E. Broad Street, Suite 7310
Richmond, Virginia 23219

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Administrative Office | May 22-24, 2016 | The Greenbrier, White Sulphur Springs, WV | Attend Fourth Circuit Judicial Conference | Transportation, lodging, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Payne, Robert E.** | 01/24/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 01/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | | | | | | | | | |
| 2. --Abbey Cptl Futures Strategy | A | Dividend | K | T | Sold (part) | 01/22/16 | J | A | |
| 3. | | | | | Buy (add'l) | 04/22/16 | J | | |
| 4. | | | | | Buy (add'l) | 07/14/16 | J | | |
| 5. --AB Small Cap Grw Adv | A | Dividend | J | T | Sold (part) | 01/22/16 | J | A | |
| 6. --AMG Mngrs Silvercrest (formerly Aston Silvercrest Smll Cap) | | None | J | T | Sold (part) | 01/22/16 | J | | |
| 7. | | | | | Buy (add'l) | 11/02/16 | J | | |
| 8. -- Artisan Mid Cap Value Fund | | None | J | T | Sold (part) | 01/22/16 | J | | |
| 9. | | | | | Sold (part) | 04/22/16 | J | | |
| 10. | | | | | Buy (add'l) | 07/14/16 | J | | |
| 11. | | | | | Buy (add'l) | 11/02/16 | J | | |
| 12. -- Blackrock Equity Dividend Fund CL Institutional | A | Dividend | | | Buy (add'l) | 01/22/16 | J | | |
| 13. | | | | | Sold (part) | 04/22/16 | J | A | |
| 14. | | | | | Sold (part) | 07/13/16 | J | A | |
| 15. | | | | | Sold | 07/14/16 | K | B | |
| 16. --Blackrock Global L/S Credit | | None | | | Sold | 07/14/16 | J | | |
| 17. --Blackrock High Yield Bond Fund | | None | K | T | Buy (add'l) | 04/22/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 01/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 07/13/16 | J | | |
| 19. | | | | | Sold (part) | 07/14/16 | J | | |
| 20.   --Blackstone Alt Mult-Strat | | None | K | T | Buy (add'l) | 04/22/16 | J | | |
| 21. | | | | | Sold (part) | 07/13/16 | J | | |
| 22.   --Cambiar Int'l Equity | A | Dividend | | | Buy (add'l) | 01/22/16 | J | | |
| 23. | | | | | Sold | 11/02/16 | K | A | |
| 24.   --Center Coast MLP Focus | | None | J | T | Sold (part) | 04/22/16 | J | | |
| 25. | | | | | Sold (part) | 07/13/16 | J | | |
| 26. | | | | | Sold (part) | 07/14/16 | J | | |
| 27.   -- Columbia Select Large Cap Fund | C | Dividend | K | T | Sold (part) | 04/22/16 | J | A | |
| 28. | | | | | Sold (part) | 07/13/16 | J | A | |
| 29. | | | | | Sold (part) | 07/14/16 | J | C | |
| 30. | | | | | Buy (add'l) | 07/14/16 | K | | |
| 31.   --Deutsche Enhanced Comm Strat | | None | | | Sold | 01/22/16 | K | | |
| 32.   --Fundvantage Tr Polen | C | Dividend | K | T | Sold (part) | 01/22/16 | J | A | |
| 33. | | | | | Sold (part) | 04/22/16 | J | A | |
| 34. | | | | | Sold (part) | 07/14/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 01/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Ishares Msci Japan | B | Dividend | | | Buy | 01/22/16 | K | | |
| 36. | | | | | Sold | 07/14/16 | K | B | |
| 37. --Janus Flexible Bond | A | Dividend | K | T | Sold (part) | 01/22/16 | J | | |
| 38. | | | | | Buy (add'l) | 04/22/16 | J | | |
| 39. | | | | | Sold (part) | 07/13/16 | J | | |
| 40. | | | | | Sold (part) | 07/14/16 | K | A | |
| 41. | | | | | Buy (add'l) | 11/02/16 | K | | |
| 42. --Lazard Emerg Mkts Core | | None | K | T | Sold (part) | 01/22/16 | J | | |
| 43. | | | | | Buy (add'l) | 05/24/16 | J | | |
| 44. | | | | | Sold (part) | 07/13/16 | J | | |
| 45. | | | | | Buy (add'l) | 11/02/16 | J | | |
| 46. --Matthews Asian Japan Inv | A | Dividend | J | T | Buy | 07/14/16 | K | | |
| 47. | | | | | Sold (part) | 11/02/16 | J | A | |
| 48. --Metropolitan West Tot Ret | A | Dividend | | | Sold (part) | 01/22/16 | J | | |
| 49. | | | | | Buy (add'l) | 04/22/16 | J | | |
| 50. | | | | | Sold (part) | 07/13/16 | J | A | |
| 51. | | | | | Buy (add'l) | 07/14/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 01/24/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 11/02/16 | K | A | |
| 53. --MFS Int'l Value | | None | K | T | Buy (add'l) | 01/22/16 | J | | |
| 54. | | | | | Sold (part) | 04/22/16 | J | | |
| 55. | | | | | Sold (part) | 07/13/16 | J | A | |
| 56. | | | | | Sold (part) | 11/02/16 | J | | |
| 57. --Oakmark I | C | Dividend | K | T | Buy (add'l) | 01/22/16 | J | | |
| 58. | | | | | Sold (part) | 04/22/16 | J | A | |
| 59. | | | | | Sold (part) | 07/13/16 | J | A | |
| 60. | | | | | Sold (part) | 07/14/16 | J | B | |
| 61. | | | | | Sold (part) | 11/02/16 | J | B | |
| 62. | | | | | Buy (add'l) | 11/02/16 | K | | |
| 63. --Oakmark International I | | None | K | T | Buy | 11/02/16 | K | | |
| 64. -- Oppenheimer Int'l Growth Fund | | None | K | T | Buy (add'l) | 01/22/16 | J | | |
| 65. | | | | | Buy (add'l) | 11/02/16 | J | | |
| 66. --Pimco Enhanced Shrt Mtrt | A | Dividend | | | Buy (add'l) | 01/22/16 | K | | |
| 67. | | | | | Buy (add'l) | 04/22/16 | J | | |
| 68. | | | | | Sold | 07/14/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 01/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. --Pimco Real Return | A | Dividend | K | T | Sold (part) | 01/22/16 | J | | |
| 70. | | | | | Sold (part) | 07/13/16 | J | A | |
| 71. --Pimco Short Term | | None | K | T | Buy | 07/14/16 | K | | |
| 72. --Powershares Dyn Lrg Cap | | None | K | T | Buy | 07/14/16 | K | | |
| 73. | | | | | Buy (add'l) | 11/02/16 | J | | |
| 74. --Putnam Absolute Ret | | None | K | T | Buy | 07/14/16 | K | | |
| 75. -- Prudential Jennison Mid Cap Growth Fund | B | Dividend | | | Sold (part) | 01/22/16 | J | A | |
| 76. | | | | | Sold | 07/14/16 | J | A | |
| 77. --Riverpark/Wedgewood Inst | | None | K | T | Buy | 07/14/16 | K | | |
| 78. --SPDR Barclays Int'l | A | Dividend | | | Sold | 04/22/16 | J | A | |
| 79. --Vanguard Short Term Bnd | | None | | | Sold (part) | 01/22/16 | J | | |
| 80. | | | | | Sold | 07/14/16 | K | A | |
| 81. -- Virtus Insight Emerging Markets | | None | | | Sold (part) | 01/22/16 | J | | |
| 82. | | | | | Sold | 05/24/16 | J | | |
| 83. --Virtus MultiSector Short Term Bond | | None | K | T | Sold (part) | 01/22/16 | J | | |
| 84. | | | | | Sold (part) | 04/22/16 | J | | |
| 85. | | | | | Sold (part) | 07/13/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 01/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 07/14/16 | K | | |
| 87. Wells Fargo Emerg Mrk | | None | J | T | Buy | 05/24/16 | J | | |
| 88. | | | | | Buy (add'l) | 11/02/16 | J | | |
| 89. | | | | | | | | | |
| 90. IRA #2 | | | | | | | | | |
| 91. --AB Small Cap Grw Adv | | None | J | T | Sold (part) | 01/22/16 | J | | |
| 92. -- Artisan Midcap Value | | None | J | T | | | | | |
| 93. -- Aston/Montag & Caldwell Growth | | None | J | T | Sold (part) | 01/22/16 | J | | |
| 94. --Aston Silvercrest Small Cap | | None | J | T | Sold (part) | 01/22/16 | J | A | |
| 95. | | | | | Buy (add'l) | 07/15/16 | J | | |
| 96. -- Blackrock Equity Div. A | | None | J | T | | | | | |
| 97. --Blackrock Inflation Prot Bond | | None | J | T | | | | | |
| 98. -- Columbia Select LG CP Growth | | None | J | T | Sold (part) | 01/22/16 | J | | |
| 99. --Dreyfus Int'l Bond | | None | | | Sold | 04/22/16 | J | A | |
| 100. -- EV Income Fund of Boston | | None | J | T | Buy (add'l) | 04/22/16 | J | | |
| 101. -- Invesco Developing Markets A | | None | | | Sold (part) | 01/22/16 | J | A | |
| 102. | | | | | Sold | 02/26/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 01/24/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -- Ivy Midcap Growth | | None | J | T | Buy (add'l) | 07/15/16 | J | | |
| 104.  -- Lazard Emerging Markets Fund | | None | J | T | Sold (part) | 02/26/16 | J | | |
| 105. | | | | | Buy (add'l) | 02/26/16 | J | | |
| 106. | | | | | Buy (add'l) | 07/15/16 | J | | |
| 107.  --Matthews Asian Japan Inv | A | Dividend | J | T | Buy | 01/22/16 | J | | |
| 108. | | | | | Sold (part) | 07/15/16 | J | A | |
| 109.  --MFS Int'l Value | | None | J | T | Buy (add'l) | 01/22/16 | J | | |
| 110. | | | | | Sold (part) | 04/22/16 | J | | |
| 111.  -- Oakmark I | | | J | T | | | | | |
| 112.  -- Oppenheimer Int'l Growth Fund | A | Dividend | J | T | Buy (add'l) | 01/22/16 | J | | |
| 113. | | | | | Sold (part) | 04/22/16 | J | A | |
| 114.  -- Pimco Low Duration A | | None | J | T | | | | | |
| 115.  --Pimco Short Term | | None | J | T | Buy | 01/22/16 | J | | |
| 116.  -- Virtus Insight Emerg Mkts | | None | J | T | Buy | 02/26/16 | J | | |
| 117. | | | | | Buy (add'l) | 07/15/16 | J | | |
| 118.  -- Virtus MultiSect Short Term Bond | | None | J | T | | | | | |
| 119.  -- Western Asset Core Plus Portfolio | | None | J | T | Buy (add'l) | 04/22/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 01/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 122. --Allergan Plc | | None | J | T | Buy | 12/08/16 | J | | |
| 123. -- Anadarko Pete (APC) | | None | J | T | Sold (part) | 11/23/16 | J | | |
| 124. -- Autodesk Inc. | | None | J | T | | | | | |
| 125. -- Biogen | | None | J | T | | | | | |
| 126. --Blackrock Equity Dividend | D | Dividend | | | Sold (part) | 07/14/16 | J | A | |
| 127. | | | | | Sold (part) | 11/23/16 | J | A | |
| 128. | | | | | Sold | 12/05/16 | L | C | |
| 129. -- Broadcom Corp | | None | J | T | | | | | |
| 130. -- Citrix Systems Inc. | | None | J | T | | | | | |
| 131. -- Comcast Corp | | None | J | T | | | | | |
| 132. -- Cree Research Inc | | None | J | T | | | | | |
| 133. --Discovery Communications | | None | J | T | | | | | |
| 134. -- Dolby Cla | | None | J | T | | | | | |
| 135. -- Fluor Corp | | None | J | T | | | | | |
| 136. -- Freeport McMoran | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -- Ionis Pharmaceuticals Inc | | None | J | T | | | | | |
| 138. --Johnson Ctls Intl Plc (formerly Tyco Int'l Ltd) | | None | J | T | | | | | |
| 139. -- L-3 Communications Hldg. Inc | | None | J | T | | | | | |
| 140. --Medtronic PLC SHS | | None | J | T | | | | | |
| 141. -- National Oilwell Varco Inc. | | None | J | T | | | | | |
| 142. -- NOW Inc | | None | J | T | | | | | |
| 143. -- Nucor Corp | | None | J | T | | | | | |
| 144. -- Pentair Ltd | | None | J | T | | | | | |
| 145. --Powershares Dyn Lrg Cap | | None | M | T | Buy | 12/05/16 | M | | |
| 146. -- Sandisk Corp | B | Dividend | | | Sold | 05/13/16 | J | | |
| 147. -- Seagate Technology, Inc. | | None | J | T | | | | | |
| 148. -- Starz Series A | A | Dividend | | | Redeemed | 12/12/16 | J | A | |
| 149. -- TE Connectivity Ltd | | | J | T | | | | | |
| 150. -- The ADT Corporation Com (ADT) | | None | | | Sold | 02/16/16 | J | | |
| 151. -- UnitedHealth Gp Inc | | None | J | T | | | | | |
| 152. -- Vertex Pharmaceuticals | | None | J | T | | | | | |
| 153. -- Weatherford Int'l Ltd | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 01/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155. | | | | | | | | | |
| 156. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 157. -- MorganStanley - Cash | | | J | T | | | | | |
| 158. -- Western Asset Managed Municipal | A | Dividend | J | T | | | | | |
| 159. | | | | | | | | | |
| 160. | | | | | | | | | |
| 161. | | | | | | | | | |
| 162. -- Mallen Research Ltd Partnership | | None | | | Sold | 12/30/16 | J | | |
| 163. | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 01/24/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. On the 2015 Amended Report, Part VII, page 6, line 39, Lazard Development Markets Equity - this asset was listed "sold part" on 07/24/15. That asset should have been listed as "sold" on 07/24/15 and therefore it will not be listed on the 2016 Report.

2. On the 2015 Amended Report, Part VII, page 6, line 41, Loomis Sayles Bond Inst - this asset was listed "sold part" on 05/26/15. That asset should have been listed as "sold" on 05/26/15 and therefore it will not be listed on the 2016 Report.

3. On the 2015 Amended Report, Part VII, page 7, line 59, Pimco Total Return Fund - this asset was listed with a (Y). On the 2014 Amended Report, Part VII, page 5, line 33, this asset was listed with a (Y). That asset was sold on 9/29/14 and should have been reported as "Sold" with a Value Code of K. Therefore, Pimco Total Return Fund will not be listed on the 2016 Report.

4. On the 2015 Amended Report, Part VII, page 7, line 61, Ramius Trading Strat. Mngd Futures - this asset was listed "sold part" on 05/26/15. That asset should have been listed as "sold" on 05/26/15 and therefore it will not be listed on the 2016 Report.

5. On the 2015 Amended Report, Part VII, page 7, line 62, Royce Premier Fund - this asset was listed "sold part" on 05/26/15. That asset should have been listed as "sold" on 05/26/15 and therefore it will not be listed on the 2016 Report.

6. On the 2015 Amended Report, Part VII, page 7, line 64, Templeton Global Bond Fund - this asset was listed "sold part" on 04/17/15. That asset should have been listed as "sold" on 04/17/15 and therefore it will not be listed on the 2016 Report.

7. On the 2015 Amended Report, Part VII, page 8, line 77, Voya Global Real Estate Fund - this asset was listed "sold part" on 04/17/15. That asset should have been listed as "sold" on 04/17/15 and therefore it will not be listed on the 2016 Report.

8. On the 2015 Amended Report, Part VII, page 8, line 78, Western Asset Core Plus Bond Fund - this asset was listed "sold part" on 05/26/15. That asset should have been listed as "sold" on 05/26/15 and therefore it will not be listed on the 2016 Report.

9. On the 2015 Amended Report, Part VII, page 11, line 125, Pimco Foreign Bond - this asset was listed with a (Y). This asset was sold on on 04/17/15 with a value code A and therefore it will not be listed on the 2016 Report.

10. On the 2016 Report, Part VII, page 10, line 114, Pimco Foreign Bond (&) was listed. Please see 9 above. This asset still erroneously appeared on the 2016 Report. It is not listed on the 2016 Amended Report.

11. On the Amended 2016, Part VII, the assets on the following lines were amended to reflect their gross value at year end. These assets were incorrectly listed on the 2016 Report with a (Y):
Lines 92, 96, 97, 111, 114, 118, 123, 124, 125, 129, 130, 131, 132, 133, 134, 135, 136, 137, 138, 139, 140, 141, 143, 147, 149, 151, 152, 153

12. On the Amended 2016, Part VII, page 10, line 104, Lazard Emerging Markets Fund was amended to reflect Colum D.(4) as "blank" (no gain).

**FINANCIAL DISCLOSURE REPORT**

Page 15 of 15

Name of Person Reporting

Payne, Robert E.

Date of Report

01/24/2018

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Robert E. Payne**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544